IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIE ERVIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-3600 |
| § | |
| DEUTSCHE BANK NATIONAL TRUST § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the parties' agreement announced at the initial conference held on February 25, 2011, this action is dismissed without prejudice.

SIGNED on February 28, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge